1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

RICKIE JAMES CROUCH,     )  NO. CV 12-9266-BRO (AGR)

12

Petitioner,     )

13

v.       )

14

CYNTHIA TAMPKINS,     )

15

Respondent.     )

16
17

)

18
19

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records

20

on file, and the Report and Recommendation of the United States Magistrate

21

Judge.  Petitioner has not filed any Objections to the Report.  The Court accepts

22

the findings and recommendation of the Magistrate Judge.

23

  IT IS ORDERED that judgment be entered denying the petition and

24

dismissing this action with prejudice.

25
26

DATED:  September 16, 2013

27

     BEVERLY REID O'CONNELL
     United States District Judge

28

ORDER ACCEPTING FINDINGS
AND RECOMMENDATION OF
UNITED STATES MAGISTRATE
JUDGE