UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKIE JAMES CROUCH, | ) | No. CV 12-9266-BRO (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| CYNTHIA TAMPKINS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 16, 2013  _____
BEVERLY REID O'CONNELL
United States District Judge